UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Gary M. Lepore, Sr.  
       Rose C. Lepore

Case No.: 19-10750 (RG)

Chapter: 7

Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on March 19, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 228 Windsor Road, Wood Ridge, NJ, having a fair market value of $310,000.00.

> Liens on property:
>
> Specialized Loan Servicing
> $372,857.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-10750-RG
Gary M Lepore, Sr.                                             Chapter 7
Rose C Lepore
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 19, 2019
                              Form ID: pdf905          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +Gary M Lepore, Sr.,    Rose C Lepore,    228 Windsor Road,    Wood Ridge, NJ 07075-1116
517965901      +Banfield Pet Hospital,    948 Springfield Rd,    Union, NJ 07083-8617
517965902     #+Barry I. Siegel, Esq.,    631 E Palisade Avenue,    Englewood Cliffs, NJ 07632-1803
517965903      +Celentano, Stadmauer & Walentowicz,    1035 RT 46 E Ste. B208,    Clifton, NJ 07013-2469
517965905      +Equifax,   POB 740241,    Atlanta, GA 30374-0241
517965907      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517965908      +Hackensack Digestive Disease,    52 1st St,    Hackensack, NJ 07601-2045
517965909      +Hackensack University Medical,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
517965910      +I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,    St. Paul, MN 55164-0378
517965912      +New Jersey Endodontics LLC,    190 Moore Street,    Hackensack, NJ 07601-7424
517965913      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517965914      +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
517965917     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    Po Box 260,    Trenton, NJ 08646)
517965915      +Santander Bank,    PO Box 841002,    Boston, MA 02284-1002
517965916      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517965918      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
517965919      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517965920      +Warren K. Stadtmauer,    150 Clove Road 2nd Floor,    Little Falls, NJ 07424-2139
517965899      +Woodward Family Limited Partnership Llc,    2600 Thrush Court,    Redmond, OR 97756-7323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517965900      +E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2019 02:04:09      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517965904      +Fax: 602-659-2196 Feb 20 2019 02:29:13      Chex System,    7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517965906      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 20 2019 02:10:57      Exeter Finance Corp,
                 PO Box 166008,    Irving, TX 75016-6008
517965911      +E-mail/Text: cio.bncmail@irs.gov Feb 20 2019 02:04:35      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 19, 2019
                              Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:

```
          Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
           as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-backed
           Certificates, Series 2007-9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Michelle  Labayen    on behalf of Debtor Gary M Lepore, Sr. michelle@labayenlaw.com,
           benitezgiovanna@gmail.com
          Michelle  Labayen    on behalf of Joint Debtor Rose C Lepore michelle@labayenlaw.com,
           benitezgiovanna@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
           as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-backed
           Certificates, Series 2007-9 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```