Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−10750−RG
    Chapter: 7
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary M Lepore Sr.                            Rose C Lepore
   228 Windsor Road                           228 Windsor Road
   Wood Ridge, NJ 07075                   Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−1681                                 xxx−xx−9917

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/9/19 at 10:00 AM

to consider and act upon the following:

*10* − Motion for Relief from Stay re: 228 Windsor Road, Wood Ridge, NJ 07075. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset−backed Certificates, Series 2007−9. Hearing scheduled for 3/5/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/15/19

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Gary M Lepore, Sr.
Rose C Lepore
    Debtors

Case No. 19-10750-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 15, 2019
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db/jdb        +Gary M Lepore, Sr.,   Rose C Lepore,   228 Windsor Road,   Wood Ridge, NJ 07075-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York
               as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-backed
               Certificates, Series 2007-9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michelle Labayen    on behalf of Debtor Gary M Lepore, Sr. michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Michelle Labayen    on behalf of Joint Debtor Rose C Lepore michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York
               as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-backed
               Certificates, Series 2007-9 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                               TOTAL: 7