Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10750−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary M Lepore Sr.　　　　　　　　　　　　　Rose C Lepore
228 Windsor Road　　　　　　　　　　　　　228 Windsor Road
Wood Ridge, NJ 07075　　　　　　　　　　　Wood Ridge, NJ 07075

Social Security No.:
　xxx−xx−1681　　　　　　　　　　　　　　xxx−xx−9917

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/19 at 10:00 AM

to consider and act upon the following:

*10* − Motion for Relief from Stay re: 228 Windsor Road, Wood Ridge, NJ 07075. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset−backed Certificates, Series 2007−9. Hearing scheduled for 3/5/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/21/19

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court