Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10750−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary M Lepore Sr.  
228 Windsor Road  
Wood Ridge, NJ 07075

Rose C Lepore  
228 Windsor Road  
Wood Ridge, NJ 07075

Social Security No.:
xxx−xx−1681                                xxx−xx−9917

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/15/19 at 11:30 AM

to consider and act upon the following:

10 − Motion for Relief from Stay re: 228 Windsor Road, Wood Ridge, NJ 07075. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset−backed Certificates, Series 2007−9. Hearing scheduled for 3/5/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 4/10/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court