Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–10750–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gary M Lepore Sr. | Rose C Lepore |
| 228 Windsor Road | 228 Windsor Road |
| Wood Ridge, NJ 07075 | Wood Ridge, NJ 07075 |

Social Security No.:
xxx–xx–1681                              xxx–xx–9917

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 18, 2019</u>           <u>Rosemary Gambardella</u>
                                      Judge, United States Bankruptcy Court